

COMMONWEALTH OF MASSACHUSETTS

BARNSTABLE, ss.                    BARNSTABLE SUPERIOR COURT
                                   C.A. NO.

ALICE NAZZARO,
         Plaintiff

vs.

DOLLAR TREE MASHPEE, LLC.
         Defendant

## COMPLAINT AND DEMAND FOR JURY TRIAL

### I. PARTIES

1. Alice Nazzaro (Hereinafter: "Plaintiff") is a natural person who resides at 625 Old Barnstable Road, East Falmouth, County of Barnstable.

2. Dollar Tree Mashpee LLC (Hereinafter: "Dollar Tree") is a duly organized entity with a usual business address at 7 David Straits, Falmouth, and also resident agent in Massachusetts, as follows: John K. Scanlan, 413 Nathan Ellis Highway, Mashpee, MA 02659

### II. ALLEGATIONS

3. On September 26, 2017, the plaintiff was walking in the Dollar Tree which was located at 7 David Straits, Falmouth.

4. On September 26, 2017, an employee of Dollar Tree was advised by a patron to remove plastic wrappings which had been carelessly left in an aisle at the store, but the employee negligently failed to do so.

5. The failure of the Dollar Tree employee to remove the plastic wrappings from the floor, created a defective condition.

6. Dollar Tree had a duty to properly maintain the aisle at the store in order that individuals who came into the store would have safe walking areas in the aisles of the store.

7. Dollar Tree breached its duty as set forth in Paragraph 6 and said breach caused the plaintiff to suffer numerous injuries and to incur substantial medical expenses and to suffer severe physical pain and limitations

8. Dollar Tree is liable to the plaintiff for the special and compensatory damages sustained by the plaintiff as a direct result of Dollar Tree's breach of duty as set forth hereunder.

Wherefore, the plaintiff prays that:

1. Judgment enter in favor of the plaintiff, Alice Nazzaro against the defendant, Dollar Tree Mashpee LLC., in an amount which will fairly compensate her for the special and compensatory damages sustained by her.

2. This court award such other relief as it deems fair and equitable.

                                                  Respectfully submitted,
                                                  By her attorney,

                                                  */s/ Robert A. Costantino*
                                                  ROBERT A. COSTANTINO
                                                  BBO No: 101040
                                                  200 Orchard Lane
                                                  Abington, MA  02351
                                                  617-605-7463

COMMONWEALTH OF MASSACHUSETTS

BARNSTABLE, ss.　　　　　　　　BARNSTABLE SUPERIOR COURT
　　　　　　　　　　　　　　　　C.A. NO. 19-CV-0632

ALICE NAZZARO,
　　　　　　Plaintiff

vs.

DOLLAR TREE STORES, INC.
　　　　　　Defendant

## AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

I.　PARTIES

1. Alice Nazzaro (Hereinafter: "Plaintiff") is a natural person who resides at 625 Old Barnstable Road, East Falmouth, County of Barnstable.

2. Dollar Tree Stores, Inc. (Hereinafter: "Dollar Tree") is a duly organized entity with a usual business address at 7 David Straits, Falmouth, and also resident agent in Massachusetts, as follows: John K. Scanlan, 413 Nathan Ellis Highway, Mashpee, MA 02659

II.　ALLEGATIONS

3. On September 26, 2017, the plaintiff was walking in the Dollar Tree Store, which was located at 7 David Straits, Falmouth.

4. On September 26, 2017, an employee of Dollar Tree was advised by a patron to remove plastic wrappings which had been carelessly left in an aisle at the store, but the employee negligently failed to do so.

5. The failure of the Dollar Tree employee to remove the plastic wrappings from the floor, created a defective condition.

6. Dollar Tree had a duty to properly maintain the aisle at the store in order that individuals who came into the store would have safe walking areas in the aisles of the store.

7. Dollar Tree breached its duty as set forth in Paragraph 6 and said breach caused the plaintiff to suffer numerous injuries and to incur substantial medical expenses and to suffer severe physical pain and limitations

8. Dollar Tree is liable to the plaintiff for the special and compensatory damages sustained by the plaintiff as a direct result of Dollar Tree's breach of duty as set forth hereunder.

Wherefore, the plaintiff prays that:

1. Judgment enter in favor of the plaintiff, Alice Nazzaro against the defendant, Dollar Tree Stores, Inc., in an amount which will fairly compensate her for the special and compensatory damages sustained by her.

2. This court award such other relief as it deems fair and equitable.

                                        Respectfully submitted,
                                        By her attorney,

                                        */s/ Robert A. Costantino*
                                        ROBERT A. COSTANTINO
                                        BBO No:  101040
                                        200 Orchard Lane
                                        Abington, MA  02351
                                        617-605-7463